No. 01–9491. ELDRIDGE *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–9492. WOODLAND *v.* CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–9493. TOWARD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–9495. RODRIGUEZ *v.* LEWIS, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 01–9505. WILLIAMS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 01–9506. TAYLOR *v.* REYNOLDS ET AL. C. A. 6th Cir. Certiorari denied. 

No. 01–9508. BLANEY *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied. 

No. 01–9518. JACKSON *v.* FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied. 

No. 01–9519. JACKSON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 01–9520. JACKSON *v.* ARKANSAS DEPARTMENT OF EDUCATION ET AL. C. A. 8th Cir. Certiorari denied. 

No. 01–9521. LEWIS *v.* RADER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–9523. KINNAIRD *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 01–9524. BUSTAMONTE *v.* CITY OF SPRINGFIELD ET AL. C. A. 1st Cir. Certiorari denied.